```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
 ANGELO CAPALBO,

                 Petitioner,
                                        16-CV-5029 (LAP)
         -against-                      02-CR-1237 (LAP)

 UNITED STATES OF AMERICA,
                                            ORDER
                 Respondent.
-----------------------------------
```

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    In light of the Court's resentencing of Mr. Capalbo pursuant to his motion arising out of <u>United States v. Davis</u> (dkt. no. 481 in 02-CR-1237), the Clerk of the Court shall mark this companion civil case closed and all pending motions denied as moot.

<u>SO ORDERED.</u>

Dated:  September 30, 2020
       New York, New York

*[signature: Loretta A. Preska]*

_____
LORETTA A. PRESKA, U.S.D.J.